UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JODI L. WARREN<br>　　　Plaintiff,<br><br>v.<br><br>EASTER SEALS,<br>　　　Defendant | No. 15-CV-6653 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Plaintiff in the above-captioned matter and the Defendant in the above-captioned matter, by and through its undersigned counsel, hereby stipulate that this action be and hereby is dismissed, with prejudice, each party to bear its/her own costs.

Respectfully submitted,

**JODI L. WARREN**

Date: 11/20/16     By: _Jodi L. Warren_
Jodi L. Warren
1133 Oak Openings Road
Honeoye Falls, NY 14472

and

**EASTER SEALS NEW YORK, INC.**

By its attorneys,
SHEEHAN PHINNEY BASS & GREEN, PA

Dated: November 28, 2016     By: /s/ Courtney H.G. Herz
Courtney H.G. Herz
1000 Elm Street, P.O. Box 3701
Manchester, NH 03101
(603) 627-8131
cherz@sheehan.com

SO ORDERED THIS 29 DAY OF Nov 2016

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge